NOT FOR PUBLICATION                               (Document No. 12)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| ROBERT F. McHALE and DELILAH A. McHALE, | |
| Plaintiffs, | Civil No. 12-1363 (RBK/AMD) |
| v. | **ORDER** |
| RALPH J. KELLY, | |
| Defendant | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Defendant's motion to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted (Doc. No. 12), and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss is **GRANTED**.

Dated:  12/5/2012                              /s/ Robert B. Kugler
                                               ROBERT B. KUGLER
                                               United States District Judge