NOT FOR PUBLICATION                                  (Document No. 11)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| ROBERT F. McHALE and DELILAH A. McHALE, | : : : |
| Plaintiffs, | : Civil No. 12-1363 (RBK/AMD) : |
| v. | : **ORDER** : |
| RALPH J. KELLY, | : : |
| Defendant | : : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiffs' motion to have the Court recuse itself pursuant to 28 U.S.C. § 144 (2006) (Doc. No. 11), and the Court having considered the moving papers and responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **DENIED**.

Dated:  12/5/2012                                         /s/ Robert B. Kugler
                                                                     ROBERT B. KUGLER
                                                                     United States District Judge